EFF Print

ANIMAL AND PLANT HEALTH INSPECTION SERVICE                                    35750  -  9698-0

| | | | | | | FORM AD-334 USDA (REV. 8/17) |

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 06/10/2018   06/23/2018 | 12 | 34-01-0200-70-01 | 0079 | 34-70-45-0003 | 4822 | GS | 06 | 05 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | |
|---|---|---|---|---|---|
| $43,325.00 | PA | F/T | 03/11/2004 | $1,271.93 | **STATEMENT OF EARNINGS AND LEAVE** |

### EARNINGS AND DEDUCTIONS

| CODE | DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 72.00 | 908.00 | 1,494.72 | 18,553.32 |
| 61 | ANNUAL LEAVE | | 52.00 | | 1,062.44 |
| 62 | SICK LEAVE | 8.00 | 120.00 | 166.00 | 2,426.80 |
| 66 | OTHER LEAVE | | 40.00 | | 804.64 |
| | *** PAY PERIOD HOURS & GROSS PAY *** | 80.00 | | 1,660.50 | 22,847.20 |
| 75 02 | RETIREMENT | | | 13.29 | 182.83 |
| 75 15 | TSP-FERS | | | 49.82 | 685.38 |
| 76 | SOCIAL SECURITY (OASDI) | | | 91.75 | 1,260.35 |
| 77 | FEDERAL TAX EXEMPTS M04 | | | 38.74 | 529.11 |
| 78 | ST TAX AL   EXEMPTS M02 | | | 51.79 | 706.80 |
| 81 | FEGLI- COVERAGE $   $46,000 | | | 6.90 | 95.25 |
| 83 | FEHBA ENROLL CODE 112 | | | 180.98 | 2,518.94 |
| 87 | MEDICARE TAX WITHHELD | | | 21.46 | 294.77 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | 454.73 | 6,273.43 |
| ** ** | ************** NET PAY ************** | | | 1,206.07 | 16,573.77 |
| ** ** | DD/EFT ROUTING NO. ******** | | | | |

| YEAR TO DATE LEAVE STATUS | | | | | YEAR TO DATE LEAVE STATUS | | | | | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | | ACCRUED | USED | BALANCE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | | |
| CREDIT HOURS-BY PAY PERIOD | | | | | ANN | 72.00 | 52.00 | 78.00 | | | 240|00 |
| RELIGIOUS COMP-BY PAY PERIOD | | | | | SICK | 48 | 80.00 | 76.00 | | | LEAVE CATEG |
| TRAVEL COMP-BY PAY PERIOD | | | | | COMP | | | | | | 6 |
| MILITARY | | | | | | | | | | | REMARKS |
| TIME OFF AWARD | | | | | $    .00  GRO ADJ-PP 1811-1811 | | | | | | |
| BPAPRA COMPENSATORY | | | | | $    .00  NET ADJ-PP 1811-1811 | | | | | | |
| BPAPRA OBLIGATED DEBT | | | | | | | | | | | |
| DISABLED VETERAN LEAVE | | | | | | | | | | | |
| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE | | | | | | | |
| REST. ANN. LEAVE HRS. | | | | | | | | | | | |

NAME AND ADDRESS

GARY B COOPER
224 THOMPSON LN
HAZEL GREEN, AL 35750-9698

Official Pay Date          07/05/2018

EFF FILL

ANIMAL AND PLANT HEALTH INSPECTION SERVICE        35750 - 9698-0

| SOCIAL SECURITY NO. | | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | | 06/24/2018  07/07/2018 | | 13 | 34-01-0200-70-01 | 0079 | 34-70-45-0003 | 4822 | GS | 06 | 05 | |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | |
|---|---|---|---|---|---|
| $43,325.00 | PA | F/T | 03/11/2004 | $1,285.22 | **STATEMENT OF EARNINGS AND LEAVE** |

### EARNINGS AND DEDUCTIONS

| | ITEM | | | HOURS | | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | | | P/P | YR. TO DATE | | P/P | YR TO DATE |
| 01 | REGULAR TIME | | | 72.00 | 980.00 | | 1,494.72 | 20,048.04 |
| 61 | ANNUAL LEAVE | | | | 52.00 | | | 1,062.44 |
| 62 | SICK LEAVE | | | | 120.00 | | | 2,426.80 |
| 66 | OTHER LEAVE | | | 8.00 | 48.00 | | 166.08 | 970.72 |
| ** ** | *** PAY PERIOD HOURS & GROSS PAY *** | | | 80.00 | | | 1,660.80 | 24,508.00 |
| 75 02 | RETIREMENT | | | | | | 13.29 | 196.12 |
| 75 15 | TSP-FERS | | | | | | 49.82 | 735.20 |
| 76 | SOCIAL SECURITY (OASDI) | | | | | | 91.75 | 1,352.10 |
| 77 | FEDERAL TAX EXEMPTS M04 | | | | | | 38.74 | 567.85 |
| 78 | ST TAX AL EXEMPTS M02 | | | | | | 51.79 | 758.59 |
| 81 | FEGLI- COVERAGE $ $46,000 | | | | | | 6.90 | 102.15 |
| 83 | FEHBA ENROLL CODE 112 | | | | | | 180.98 | 2,699.92 |
| 97 | MEDICARE TAX WITHHELD | | | | | | 21.46 | 316.23 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | | | | 454.73 | 6,728.16 |
| ** ** | ************** NET PAY ************** | | | | | | 1,206.07 | 17,779.84 |
| ** ** | DD/EFT ROUTING NO. ******** | | | | | | | |

| YEAR TO DATE LEAVE STATUS | | | | | YEAR TO DATE LEAVE STATUS | | | | | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | | ACCRUED | USED | BALANCE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | | |
| CREDIT HOURS-BY PAY PERIOD | | | | | ANN | 78.00 | 52.00 | 84.00 | | | 240\|00 |
| RELIGIOUS COMP-BY PAY PERIOD | | | | | SICK | 52 | 80.00 | 80.00 | | | LEAVE CATEG |
| TRAVEL COMP-BY PAY PERIOD | | | | | COMP | | | | | | 6 |
| MILITARY | | | | | | | | | | | REMARKS |
| TIME OFF AWARD | | | | | | | | | | | |
| BPAPRA COMPENSATORY | | | | | | | | | | | |
| BPAPRA OBLIGATED DEBT | | | | | | | | | | | |
| DISABLED VETERAN LEAVE | | | | | | | | | | | |
| TYPE | | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE | | | | | | |
| REST. ANN. LEAVE HRS. | | | | | | | | | | | |

NAME AND ADDRESS

GARY B COOPER
224 THOMPSON LN
HAZEL GREEN, AL 35750-9698

Official Pay Date    07/19/2018

Thomas HVAC Company
4411 Evangel Cir NW
Suite K
Huntsville, AL 35816


Leigh Cooper
224 Thompson Lane
Hazel Green, AL 35750


Direct Deposit


| **Employee Pay Stub** | Check number: DD2530 | | | | **Pay Period: 08/10/2018 - 08/16/2018** | | **Pay Date: 08/23/2018** |

| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|
| Leigh Cooper, 224 Thompson Lane, Hazel Green, AL 35750 | | | | | ***-**-7824 | Married/Married | Fed-0/0/AL-0/0 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly | 40:00 | 17.00 | 680.00 | 21,594.25 |
| Hourly overtime (x1.5) | 1:30 | 25.50 | 38.25 | 962.65 |
| Hourly Vacation | | | | 981.75 |
| Holiday Hourly | | | | 408.00 |
| | 41:30 | | 718.25 | 23,946.65 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -52.00 | -1,755.00 |
| Social Security Employee | -44.53 | -1,484.69 |
| Medicare Employee | -10.42 | -347.23 |
| AL - Income Tax | -27.93 | -926.56 |
| | -134.88 | -4,513.48 |

| **Adjustments to Net Pay** | **Current** | **YTD Amount** |
|---|---|---|
| After tax Aflac | -21.67 | -736.78 |

| **Net Pay** | **561.70** | **18,696.39** |
|---|---|---|

| **Direct Deposit** | | | **Amount** |
|---|---|---|---|
| Checking - ***6287 | | | 561.70 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 0:00 | 57:45 | 22:15 |

**Memo**

Direct Deposit

Thomas HVAC Company
4411 Evangel Cir NW
Suite K
Huntsville, AL 35816

Leigh Cooper
224 Thompson Lane
Hazel Green, AL 35750

Direct Deposit

| **Employee Pay Stub** | Check number: DD2450 | | | | Pay Period: 07/13/2018 - 07/19/2018 | | Pay Date: 07/26/2018 |

**Employee**

Leigh Cooper, 224 Thompson Lane, Hazel Green, AL 35750

| **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| --- | --- | --- |
| ***-**-7824 | Married/Married | Fed-0/0/AL-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Hourly | 40:00 | 17.00 | 680.00 | 19,418.25 |
| Hourly overtime (x1.5) | 0:45 | 25.50 | 19.13 | 886.15 |
| Hourly Vacation | | | | 437.75 |
| Holiday Hourly | | | | 408.00 |
| | 40:45 | | 699.13 | 21,150.15 |

| Taxes | | | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -50.00 | -1,555.00 |
| Social Security Employee | | | -43.35 | -1,311.31 |
| Medicare Employee | | | -10.14 | -306.68 |
| AL - Income Tax | | | -27.07 | -818.27 |
| | | | -130.56 | -3,991.26 |

| Adjustments to Net Pay | | | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| After tax Aflac | | | -21.67 | -650.10 |

| Net Pay | | | 546.90 | 16,508.79 |

| Direct Deposit | | | Amount |
| --- | --- | --- | --- |
| Checking - ***6287 | | | 546.90 |

| Paid Time Off | Earned | YTD Used | Available |
| --- | --- | --- | --- |
| Vacation | 0:00 | 25:45 | 54:15 |

**Memo**

Direct Deposit

Thomas HVAC Company, 4411 Evangel Cir NW, Suite K, Huntsville, AL 35816, OHANA INC.