UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION
NORTHERN DISTRICT OF ALABAMA

IN RE:                                        CASE NO. 18-82436-CRJ-13
                                              CHAPTER 13
Gary Cooper
                                              JUDGE CLIFTON R. JESSUP, JR

             DEBTOR                           **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Michele T. Hatcher files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:  AVADIAN CREDIT UNION**                    **Court Claim No:  1**

**Final Cure Amount**

Amount of Prepetition Arrears:  $3,945.71

Additional Interest Paid:  $291.44

Amount Paid by Trustee:  $4,237.15

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

☐  Through the Chapter 13 Trustee            ☑  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Code.

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim.

Dated:  November 02, 2021                    /s/ Michele T. Hatcher, Trustee

                                             Michele T. Hatcher, Trustee
                                             Standing Chapter 13 Trustee
                                             P.O. Box 2388
                                             Decatur, AL  35602-2388

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Main or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 2nd day of November, 2021.

Gary Cooper
224 Thompson Ln.
Hazel Green, AL 35750

JOHN C LARSEN
LARSEN LAW PC
1733 WINCHESTER ROAD
HUNTSVILLE, AL 35811

AVADIAN CREDIT UNION
C/O BSI FINANCIAL SERVICES
PO BOX 517
TITUSVILLE, PA 16354

Dated: November 02, 2021      /s/ Michele T. Hatcher, Trustee
                                                            Michele T. Hatcher, Trustee
                                                            Standing Chapter 13 Trustee
                                                            P.O. Box 2388
                                                            Decatur, AL 35602-2388